NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                          )
                                           )
        Appellant,                      )
                                           )
v.                                         )
                                           )      Case No.  2D17-451
DEMETRIUS JAMARR DALTON,                   )
                                           )
        Appellee.                       )
                                           )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellant.

Ralph E. Fernandez of Ralph E.
Fernandez, P.A., Tampa, for Appellee.


PER CURIAM.


        Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.